

**ORDERED in the Southern District of Florida on December 2, 2014.**

_____

**Robert A. Mark, Judge**
**United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                    CASE NO.:  13-20147-BKC-RAM
                                                          Chapter 7
**ERNESTO SANTOMAURO**
SSN: XXX-XX-6210

            Debtor.            /

### ORDER GRANTING TRUSTEE'S MOTION FOR ENTRY
### OF ORDER DENYING OR REVOKING DEBTOR'S DISCHARGE

**THIS CAUSE** having come before the Court on December 2, 2014, at 10:00

a.m., upon Joel L. Tabas, Trustee's Motion for Entry of Order Denying or Revoking

Debtor's Discharge (the "Motion") [ECF 45], and the Court, having reviewed the Motion,

having been advised that the Debtor failed to cure the default in payment which caused

its filing, having noted that the Debtor's discharge was never entered and therefore

cannot be revoked at this time, and being otherwise fully advised in the premises, it is

Case No. 13-20147-BKC-RAM

**ORDERED** that the Debtor's discharge is denied.

# # #

Submitted by:

Joel L. Tabas, Esq.
Tabas, Freedman & Soloff, P.A.
One Flagler Building
14 N.E. First Avenue, Penthouse
Miami, FL 33132
Telephone:    (305) 375-8171
Facsimile:    (305) 381-7708
jtabas@tabasfreedman.com

Copy furnished to:
Joel L. Tabas, Esq.
Joel L. Tabas, Esq. shall serve copies of this Order on all interested parties and file a certificate of service.