UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                              CASE NO.: 13-20147-BKC-RAM
                                                                    Chapter 7

**ERNESTO SANTOMAURO**
SSN: XXX-XX-6210
_____Debtor._____/

**TRUSTEE'S NOTICE OF (1) DETERMINATION OF ECONOMIC NON-VIABILITY; (2) ABANDONMENT OF SETTLEMENT AMOUNT OWED FROM DEBTOR AND ALL RECOVERY EFFORTS; AND (3) INTENT TO CLOSE CASE AS ADMINISTRATIVELY INSOLVENT**

**Pursuant to Bankruptcy Rule 6007, the proposed abandonment will be deemed approved without necessity of a hearing or order, if no objection is filed and served within 14 days after the date of service of this notice.**

Joel L. Tabas, as Chapter 7 Trustee of the Bankruptcy Estate of Ernesto Santomauro ("Trustee"), pursuant to 11 U.S.C. § 554, Bankruptcy Rule 6007, and Local Rule 6007-1, reports that in light of, among other things: (a) the Debtor's payment default; (b) the administrative expenses incurred to date; (c) the costs associated with continuing collection efforts; and (d) the entry of the Court's order denying the Debtor's discharge [ECF 52], he intends to abandon the $3,000.00 settlement amount owed by the Debtor pursuant to the Court's *Order Granting Trustee's Motion to Approve Stipulation for Compromise and Settlement Regarding Valuation and Repurchase of Debtor's Non-Exempt Assets* [ECF 40], cease all further recovery efforts, and close this case. There will be no funds available for distribution to creditors.

Any objection to this notice of abandonment must be filed with the Clerk of the Bankruptcy Court, 301 N. Miami Avenue, Room 150, Miami, FL 33128 and be served on the Trustee at 14 NE 1st Avenue, Penthouse, Miami, FL 33132. Any such objection must state

with specificity why the Remaining Settlement Balance should be pursued by the Estate and how the objecting party intends to pursue and/or fund the collection process.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 9, 2014, a true and correct copy of the foregoing was served via electronic transmission to the parties who are currently on the list to receive e-mail notice/service for this case, via U.S. Mail to all interested parties on the attached service list, and to:

Ernesto Santomauro
670 NW 114 AVE #201
Miami, FL 33172

Asset Acceptance LLC
PO Box 2036
Warren, MI 48090

/s/ Joel L. Tabas
Joel L. Tabas, Trustee
Florida Bar No. 516902
14 N.E. 1st Avenue, Penthouse
Miami, Florida 33132
Telephone: (305) 375-8171
Fax: (305) 381-7708

| | | |
|---|---|---|
| (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | (p)WACHOVIA BANK NA<br>MAC X2303-01A<br>1 HOME CAMPUS<br>1ST FLOOR<br>DES MOINES IA 50328-0001 |
| American InfoSource LP as agent for<br>T Mobile/T-Mobile USA Inc<br>PO Box 248848<br>Oklahoma City, OK  73124-8848 | Asset Acceptance LLC<br>PO Box 2036<br>Warren, MI 48090-2036 | Asset Acceptance Llc<br>Po Box 1630<br>Warren, MI 48090-1630 |
| Baptiist Hospital Of Miami<br>P.O. Box 198116<br>Atalnta, GA 30384-8116 | Bca Financial Services<br>18001 Old Cutler Rd Ste<br>Palmetto Bay, FL 33157-6437 | Cavalry Port<br>500 Summit Lake Dr<br>Valhalla, NY 10595-2322 |
| Cavalry SPV I, LLC as assignee of TD Auto Fi<br>500 Summit Lake Drive Suite 400<br>Valhalla, NY 10595-1340 | Cbe Group<br>1309 Technology Pkwy<br>Cedar Falls, IA 50613-6976 | Credit Management Lp<br>4200 International Pkwy<br>Carrollton, TX 75007-1912 |
| Credit Protection Asso<br>One Galleria Tower<br>Dallas, TX  75240 | Ernesto Santomauro<br>670 NW 114 Ave #201<br>Miami, Fl 33172-4719 | Hsbc Bank<br>Po Box 5253<br>Carol Stream, IL 60197-5253 |
| Midland Credit Mgmt In<br>8875 Aero Dr<br>San Diego, CA 92123-2255 | New Century Mortgage C<br>18400 Von Karman Ave Ste<br>Irvine, CA 92612-0516 | New Century Mortgage C<br>210 Commerce<br>Irvine, CA 92602-1318 |
| Nrs/receivia<br>2810 Walker Rd<br>Chattanooga, TN 37421-1082 | Pablo Roger<br>670 NW 114 Ave # 201<br>Miami, FL 33172-4719 | Rjm Acq Llc<br>575 Underhill Blvd Ste 2<br>Syosset, NY 11791-3426 |
| Santander Consumer Usa<br>Po Box 961245<br>Ft Worth, TX 76161-0244 | Santander Consumer USA Inc.<br>P.O. Box 560284<br>Dallas, TX 75356-0284 | Select Portfolio Svcin<br>Po Box 65250<br>Salt Lake City, UT 84165-0250 |
| Southwest Credit Syste<br>5910 W Plano Pkwy<br>Plano, TX 75093-2202 | | |