CGFD28 (9/19/08)



**ORDERED in the Southern District of Florida on December 16, 2015**

**Robert A Mark**
United States Bankruptcy Judge

---

# United States Bankruptcy Court
## Southern District of Florida
### www.flsb.uscourts.gov

**Case Number: 13–20147–RAM**

**Chapter: 7**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Ernesto Santomauro
670 NW 114 Ave #201
Miami, Fl 33172

SSN: xxx–xx–6210

## FINAL DECREE

The trustee, Joel L Tabas, having filed a final report that the estate has been fully administered, is discharged and the case is closed.